IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01914-WYD

TAREK KHALDON ADI,

        Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States;
MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security;
EMILIO T. GONZALEZ, in his official capacity as Director of U.S. Citizenship and Immigration Services;
MARIO ORTIZ, in his official capacity as District Director of the Denver District of U.S. Citizenship and Immigration Services, and
ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation.

        Respondents/Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Joint Motion to Dismiss by Stipulation of the Parties Because Plaintiff Tarek Khaldon Adi's Substantive Claims are Now Moot, filed April 2, 2007 (docket #10).  Upon review of the stipulation and file in this matter, I find that this matter should be **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  April 3, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge